IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:16-CV-2093
_____

BAILEY SECRIST,

Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, a foreign corporation licensed to conduct business in Colorado,

Defendant.
_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

Plaintiff, Bailey Secrist, and Defendant, USAA Casualty Insurance Company, by and through their respective counsel, stipulate that any and all claims filed or that could have been filed in this case between them shall be dismissed with prejudice, with each party to pay their own attorney fees and costs.

AS GROUNDS THEREFOR, the parties state that all claims filed or that could have been filed in this case between them have been fully compromised and settled, and no further issues remain pending between them for judicial determination.

DATED this 9th day of November, 2016.

| EARL & EARL, PLLC | DAGNER | SCHLUTER | MITZNER | WERBER, LLC |
|---|---|

/s/Collin J. Earle_____
Collin J. Earl, Esq
Earl & Earl, PLLC
1259 Lake Plaza Drive, Suite 230
Colorado Springs, CO 80906
*Counsel for Plaintiff*

/s/Deana R. Dagner_____
Deana R. Dagner, Esq.
5105 DTC Parkway, Suite 250
Greenwood Village, CO 80111
(303) 221-4661
ddagner@lawincolorado.com
*Counsel for Defendant*